# City of Jackson, Mississippi
## Incident Report Form, Pct. 2 Investigations

| | |
|---|---|
| ☐ Original | 1 - Case Number: 2019-006336 |
| ☒ Supplement | 2 - Reporting Zone/Precinct: 2B7/5439 |

**CRIME/INCIDENT**

| 3 - Crime | ☐ Attempt Only | ☐ Multiple Charges | 4 - Classification | 5 - Location of Crime (Address, Intersection, Block, Etc.) | 6 - Location Code |
|---|---|---|---|---|---|
| Failure to Obey Police Officer, Resisting Arrest | | | 48, 24 | 1729 Jones Ave. | 13 |

| 7 - Date Range of Occurrence (SU, M, T, W, TH, F, S) | 8 - Hour Range of Occurrence | 9 - Date of Report | 10 - Time Reported |
|---|---|---|---|
| 1-13-19 | 2025-2027 | 1-13-19 | 2027 |

| 11 - Assault Circumstances Code | 12 - Weapon Code | 13 - Bias Motivation Code | 14 - Affidavit Signed |
|---|---|---|---|
| 18 | 18 | 25 | ☒ Yes  ☐ No |

## VICTIM/COMPLAINANT/WITNESS/SUSPECT/ARRESTED/REPORTING PERSON/OTHER

| 15 - Involvement Code | 16 - Victim Type Code | 17 - Name | 18 - Race/Sex | 19 - Date of Birth | 20 - Injury Code | 21 - VORI Code | 22 - Home Phone | 23 - Business Phone |
|---|---|---|---|---|---|---|---|---|
| C | I | Detective A. Fox 2007 | | | 9 | 28 | | 601-960-1234 |

| 24 - Address | City/State | Zip | 25 - Alias | 26 - Employer/School Address |
|---|---|---|---|---|
| 327 E. Pascagoula St. | Jackson, MS | 39201 | | Jackson Police Department |

| 27 - Height | 28 - Weight | 29 - Hair Color | 30 - Eye Color | 31 - Facial Hair | 32 - Complexion | 33 - SSN | 34 - Activity Type Code | 35 - Offender Used Code |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Z | N |

36 - Clothing Description:
37 - Other ID Characteristics (Scars, Tattoos, Accents, R/L Handed, Other):

| 15 - Involvement Code | 16 - Victim Type Code | 17 - Name | 18 - Race/Sex | 19 - Date of Birth | 20 - Injury Code | 21 - VORI | 22 - Home Phone | 23 - Business |
|---|---|---|---|---|---|---|---|---|
| S/A | I | George Robinson | B/M | 8-17-56 | 9 | 28 | | 601-882-8039 |

| 24 - Address | City/State | Zip | 25 - Alias | 26 - Employer/School Address |
|---|---|---|---|---|
| 1929 Raymond Rd. | Jackson, MS | 39212 | | |

| 27 - Height | 28 - Weight | 29 - Hair Color | 30 - Eye Color | 31 - Facial Hair | 32 - Complexion | 33 - SSN | 34 - Activity Type Code | 35 - Offender Used Code |
|---|---|---|---|---|---|---|---|---|
| 5'10 | 230 | Bald | Brown | Mustache | Medium | 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 | Z | N |

36 - Clothing Description:
37 - Other ID Characteristics (Scars, Tattoos, Accents, R/L Handed, Other):

## EVIDENCE/PROPERTY

38 - CODES TO BE USED: B - Both Stolen and Recovered   D - Damaged   E - Evidence   F - Found   L - Lost   R - Recovered   S - Stolen   K - Safekeeping   Z - Seized

| CODE | QTY | MAKE/BRAND | SIZE | SERIAL NUMBER | DESCRIPTION | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |

*COPY*

39 - LOCATION OF PROPERTY/EVIDENCE   ☐ PRECINCT 1   ☐ PRECINCT 2   ☐ PRECINCT 3   ☐ PRECINCT 4   ☐ EVIDENCE OFFICE   ☐ OTHER

## VEHICLE

| 40 - Vehicle Year | 41 - Make | 42 - Model | 43 - Color | 44 - Tag Number | 45 - Year | 46 - State | 47 - Vehicle Identification Number |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

48 - Special Features (Damage, Decals, Noted Accessories, Etc.):
49 - Owner (Name & Address):

| 50 - Vehicle Status Code | 51 - Vehicle Towed | 52 - Name of Wrecker | 53 - Vehicle Stored At |
|---|---|---|---|
| | ☐ Yes  ☐ No | | |

| 54 - Unit Cell No. | 55 - Reporting Officer | 56 - IBM | 57 - Other Officer(s) & IBM(s) |
|---|---|---|---|
| V-10 | L. Lampley | 2065 | |

58 - Reporting Officer's Signature: *L.L. 2665*
59 - Supervisor's Signature:
80 - IBM:

**EXHIBIT B**

# City of Jackson, Mississippi Police Department
## Narrative/Supplementary Report Form

☐ Continuation of Original
☒ Supplement

**Narrative Headings:** ☐ Circumstances of Incident ☐ Witness/Interviews ☐ Investigative Follow-up ☐ Status/Recommendations ☐ Synopsis

**Case Number:** 2019-006336

**61 - Complainant:** Detective A. Fox 2007

**Charge:** Failure to Obey Police Officer, Resisting Arrest

**Date & Time:** 1-13-19 2027

## Continuation, Narrative and Witness Statement

(1.) On 1-13-19 I, SWAT Operator L. Lampley 2065 along with SWAT Operator A. Fox 2007 and several other members of the City of Jackson SWAT Team were patrolling the area of Jones Ave. near Washington St. in an attempt to locate murder and carjacking suspect Marquize Hamilton. See case number 2019-006102 for murder and carjacking report.

(2.) While patrolling this area Detective A. Fox and myself noticed a large four door sedan parked in the roadway in front of 1729 Jones Ave. I observed several males standing in the front yard of this residence around a Bar B Que grill. This sedan appeared to be occupied by one individual sitting in the driver seat. I also noticed another individual standing outside the sedan speaking with the driver through the open driver side window. Detective Fox parked his vehicle behind this sedan and we both exited the vehicle. Detective Fox approached the driver side of the sedan parked on the street as I approached the individuals in the yard of 1729 Jones Ave.

(3.) While speaking with the individuals in the front yard about the possible whereabouts of Marquize Hamilton, I heard a loud commotion behind me at the four door sedan parked on the street. I quickly turned around and observed Detective Fox struggling with a large male sitting behind the wheel of this vehicle. I came around the vehicle to assist Detective Fox at this time. As I approached the front driver side door of the vehicle Detective Fox back was to me. I observed Detective Fox attempting to remove the driver of the vehicle by his left arm. The driver of the vehicle refused to exit the vehicle and pulled Detective Fox partially into the vehicle. I was unable to assist Detective Fox at this time due to the fact of his body position in the doorway and limited space.

(4.) Detective Fox gave the driver of the vehicle several loud and clear commands to exit the vehicle. The driver refused to comply and exit the vehicle. While Detective Fox was struggling with the driver I noticed him reaching with his right hand downward between the driver seat and passenger seat. I immediately yelled and made Detective Fox aware the driver was reaching between the seat attempting to possibly retrieve an unknown item. Detective Fox and myself immediately drew our weapons. We loudly and clearly ordered the driver to stop reaching between the seat and exit the vehicle. The driver refused to comply and continued reaching between the seats. Detective Fox was then pulled further into the vehicle before he holstered his weapon. Detective Fox was able to gain better leverage on the left arm of the driver with the use of both his hands and pull the driver partially out of the vehicle. At this time I was finally able to grab the drivers clothing around his shoulders and assisted Detective Fox in removing the driver from the vehicle.

(5.) Detective Fox and myself were able to place the driver face down on the ground outside of the vehicle. The driver immediately tucked both hands and arms underneath his body as he lay on the ground. Detective Fox loudly and clearly advised the driver he was under arrest, while ordering him to remove his hands from underneath his body. The driver continued to not comply with any lawful orders given to him at this time. Detective Fox and myself continued to struggle with the driver on the ground. As we struggled with him, he continued to tuck his hands and arms further underneath his body near his midsection. He also tucked his head and face downward into the pavement toward his chest and midsection as if he was attempting to move his hands toward his face. Detective Fox and myself were able to gain control of his left hand and arm. At this time Detective D. Barney 2002 arrived and attempted to assist. Detective Barney was able to gain control of his right hand and arm. The driver was secured by handcuffs at this time and identified as George Robinson.

(6.) At this time Robinson was placed on his feet, where he remained under his own power. I observed minor bruises and scratches to Robinson face and forehead which he sustained from tucking his head toward his chest while on the pavement. Detective Barney and myself left Robinson with Detective Fox and spoke with several males present in the front yard of 1729 Jones Ave. After speaking with these males we obtained a possible address for Marquize Hamilton. This address was located about 100 yards from our current location. Detective Barney and myself observed a male very similar in description to Hamilton exit the residence and walk down the street toward our location. Detective Barney and myself made contact with this male in the street and he identified himself as the younger brother of Hamilton. Hamilton was located and taken into custody shortly afterwards on Jones Ave. Detective Fox issued Robinson a field release and joined Detective Barney and myself to assist in taking Hamilton in custody.

There is no further information at this time.

**63 - Complaint/Witness Signature** (When Used as Complaint/Witness Statement Form)

**64 - Closure Code** | **Closure Date** | **Reporting Officer Signature & ID#:** L.L. 2065 | **Supervisor Signature** | **Date**

Page 2 of 2