# City of Jackson, Mississippi
## Incident Report Form, Pct. 2 Investigations

☐ Original
☒ Supplement

**CRIME/INCIDENT**

- **1 - Case Number:** 2019-006336
- **3 - Crime:** Failure to Obey Police Officer, Resisting Arrest  ☐ Attempt Only  ☐ Multiple Charges
- **2 - Reporting Zone/Precinct:** 2B7/5459
- **4 - Classification:** 48,24
- **5 - Location of Crime:** 1729 Jones Ave.
- **6 - Location Code:** 13
- **7 - Date Range of Occurrence:** 1-13-19
- **8 - Hour Range of Occurrence:** 2025-2027
- **9 - Date of Report:** 1-13-19
- **10 - Time Reported:** 2027
- **11 - Assault Circumstances Code:** 18
- **12 - Weapon Code:** 18
- **13 - Bias Motivation Code:** 25
- **14 - Affidavit Signed:** ☒ Yes  ☐ No

## VICTIM/COMPLAINANT/WITNESS/SUSPECT/ARRESTED/REPORTING PERSON/OTHER

**Person 1:**
- 15 - Involvement Code: C
- 16 - Victim Type Code: I
- 17 - Name: Detective A. Fox 2007
- 24 - Address: 327 E. Pascagoula St.
- City/State: Jackson, MS
- Zip: 39201
- 20 - Injury Code: 9
- 21 - VOR1 Code: 28
- 23 - Business Phone: 601-960-1234
- 26 - Employer/School Address: Jackson Police Department
- 34 - Activity Type Code: Z
- 35 - Offender Used Code: N

**Person 2:**
- 15 - Involvement Code: S/A
- 16 - Victim Type Code: I
- 17 - Name: George Robinson
- 18 - Race/Sex: B/M
- 19 - Date of Birth: 8-17-56
- 20 - Injury Code: 9
- VOR1: 28
- 24 - Address: 1929 Raymond Rd.
- City/State: Jackson, MS
- Zip: 39212
- 27 - Height: 5'10
- 28 - Weight: 230
- 29 - Hair Color: Bald
- 30 - Eye Color: Brown
- 31 - Facial Hair: Mustache
- 32 - Complexion: Medium
- 33 - SSN: 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
- 23 - Business: 601-882-8039
- 34 - Activity Type Code: Z
- 35 - Offender Used Code: N

## EVIDENCE/PROPERTY

**38 - CODES TO BE USED:** B - Both Stolen and Recovered  D - Damaged  E - Evidence  F - Found  L - Lost  R - Recovered  S - Stolen  K - Safekeeping  Z - Seized

| CODE | QTY | MAKE/BRAND | SIZE | SERIAL NUMBER | DESCRIPTION | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |

**39 - LOCATION OF PROPERTY/EVIDENCE:** ☐ PRECINCT 1  ☐ PRECINCT 2  ☐ PRECINCT 3  ☐ PRECINCT 4  ☐ EVIDENCE OFFICE  ☐ OTHER

## VEHICLE

- 40 - Vehicle Year
- 41 - Make
- 42 - Model
- 43 - Color
- 44 - Tag Number
- 45 - Year
- 46 - State
- 47 - Vehicle Identification Number
- 48 - Special Features
- 49 - Owner (Name & Address)
- 50 - Vehicle Status Code
- 51 - Vehicle Towed: ☐ Yes  ☐ No
- 52 - Name of Wrecker
- 53 - Vehicle Stored At

**EXHIBIT D**

- 54 - Unit Call No.: 9-2
- 55 - Reporting Officer: D. Barney
- 56 - IBM: 2002
- 57 - Other Officer(s) & IBM(s)
- 58 - Reporting Officer's Signature
- 59 - Supervisor's Signature
- 60 - IBM

## City of Jackson, Mississippi Police Department
## Narrative/Supplementary Report Form

☐ Continuation of Original
☒ Supplement

Narrative Headings  ☒ Circumstances of Incident  ☐ Witness/Interviews  ☐ Investigative Follow-up  ☐ Status/Recommendations  ☐ Synopsis

Case Number: 2019-006336

61 - Complainant: Detective A. Fox 2007
Charge: resisting arrest    Failure to Obey
Date & Time: 1/13/2019

### Continuation, Narrative and Witness Statement

On January 13, 2019 I Detective Desmond Barney 2002 along with the members of the Jackson S.W.A.T team were in the 1700 block of Jones Avenue after receiving information that a subject who was suspected of murder was in that area.

While in the area I noticed two subjects walking in the street in front of 1703 Jones Avenue. I stopped and talked to the subjects in reference to the whereabouts of the murder suspect. While conducting the field interview the subjects advised they had recently seen the suspect in area. As I was speaking to these subjects I heard Detective Fox and Detective Lampley giving verbal commands to stop reaching and to exit the vehicle.

I turned towards Det. Fox and Det. Lampley and noticed them removing a male subject from a vehicle that was parked in the road way. As he was exiting the vehicle I noticed the subject reaching inside of the vehicle as if he was attempting to retrieve something from the vehicle. In fear that the subject was attempting to retrieve a weapon from the vehicle I approached the vehicle to assist the units.

As the subject went to the ground I noticed he tightly clinched both hand in the mid-section of his body, the subject's hands became out of sight at this moment. In fear the subject was retrieving a weapon we attempting to gain control of the subject's arms. As Det. Fox grabbed his left arm he began to tuck his head close to his left hand. While Det. Fox had his arm he continued to struggle to get his head towards his lower body where his hands were. I placed my leg in between his left arm and his head in a attempt to control his arm. The subject begun to use his head to push away from my leg.

The subject was able to place an unknown substance inside of his mouth with his left hand. After placing the substance inside of his mouth he returned his hands back towards the midsection of his body. After struggling with this subject we were able to place him in handcuffs. He was check for weapons at this time. While handcuffs were on this subject he was assisted up and walked to the front of Det. Fox vehicle. As he stood up I noticed a scrap on the right side of his head which appeared to be from sliding his head on the asphalt attempting to place items in his mouth. At that time AMR was called via dispatch to this location.

63 - Complaint/Witness Signature (When Used as Complainant/Witness Statement Form)
64 - Closure Code    Closure Date    Reporting Officer Signature & IBM    Supervisor Signature    Date

# City of Jackson, Mississippi Police Department
## Narrative/Supplementary Report Form

☐ Continuation of Original
☒ Supplement

**Narrative Headings:** ☐ Circumstances of Incident  ☐ Witness/Interviews  ☐ Investigative Follow-up  ☐ Status/Recommendations  ☐ Synopsis

**Case Number:** 2019-006336

**61 - Complainant:** Detective A. Fox 2007
**Charge:** resisting arrest, Failure to Obey
**Date & Time:** 1/13/2019

### Continuation, Narrative and Witness Statement

While waiting on AMR to arrive on scene he begun to state that he wasn't going for a weapon he was just trying to swallow a pill. He continued to utter that he was okay he just wanted to get rid of a pill. As he was speaking with other officers I Det Barney walked away from the location to talk to other subjects in the area in reference to the possible murder suspect in the area. AMR later arrived on scene.

COPY

63 - Complaint/Witness Signature (When Used as Complainant/Witness Statement Form)
64 - Closure Code   Closure Date   Reporting Officer Signature & IBM   Supervisor Signature   Date