## City of Jackson, Mississippi
## Police Department
## Use of Force Report

| 2. Officer Name / IBM # (*Last, First, Middle*) | 3. Partners Name / IBM # (*Last, First, Middle*) | 1. Case Number: 2019-006336 |
|---|---|---|
| Barney, Desmond | | 4. Type of Force Used |
| 5. Division / Precinct Assignment | 6. Unit Call Sign | Soft empty hand |
| Vice and Narcotics | K9-2 | 7. Precinct / Beat / Zone of Incident |
| 8. Suspect / Individual's Name | 9. Race / Sex | precinct 2 |
| Robinson, George | Black | 10. Age |
| 11. Height | 12. Weight | 62 |
| 5'10 | 225 | 13. Hair Color / Eye Color |
| 14. JPD ID Number or DOB | 15. Social Security Number | bald |
| 173295 | 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 | 16. Arrested (Yes / No) |
| 17. Home Address / Phone Number | | yes |
| 129 Raymond Rd | | |
| 18. Second Suspect / Individual's Name | 19. Race / Sex | 20. Age |
| 21. Height | 22. Weight | 23. Hair Color / Eye Color |
| 24. JPD ID Number or DOB | 25. Social Security Number | 26. Arrested (Yes / No) |
| 27. Home Address / Phone Number | | |

**28. Describe in Detail Why and How Force was used. List the Names and Addresses of All Witnesses.**

While in the area I noticed two subjects walking in the street in front of 1703 Jones Avenue. I stopped and talked to the subjects in reference to the whereabouts of the murder suspect. While conducting the field interview the subjects advised they had recently seen the suspect in area. As I was speaking to these subjects I heard Detective Fox and Detective Lampley giving verbal commands to stop reaching and to exit the vehicle.

I turned towards Det. Fox and Det. Lampley and noticed them removing a male subject from a vehicle that was parked in the road way. As he was exiting the vehicle I noticed the subject reaching inside of the vehicle as if he was attempting to retrieve something from the vehicle. In fear that the subject was attempting to retrieve a weapon from the vehicle I approached the vehicle to assist the units.

As the subject went to the ground I noticed he tightly clinched both hand in the mid-section of his body, the subject's hands became out of sight at this moment. In fear the subject was retrieving a weapon we attempting to gain control of the subject's arms. As Det. Fox grabbed his left arm he began to tuck his head close to his left hand. While Det. Fox had his arm he continued to struggle to get his head towards his lower body where his hands were. I placed my leg in between his left arm and his head in a attempt to control his arm. The subject begun to use his head to push away from my leg.

The subject was able to place an unknown substance inside of his mouth with his left hand. After placing the substance inside of his mouth he returned his hands back towards the midsection of his body. After struggling with this subject we were able to place him in handcuffs. He was check for weapons at this time. While handcuffs were on this subject he was assisted up and walked to the front of Det. Fox vehicle. As he stood up I noticed a scrap on the right side of his head which appeared to be from sliding his head on the asphalt attempting to place items in his mouth. At that time AMR was called via dispatch to this location.

**EXHIBIT**

"E"

| 29. Copies to: Chief / Legal Officer / Division or Precinct | 30. Medical Attention | 31. Typed By: | 32. Date / Time: |
|---|---|---|---|
| Reviewed By: | | Barney 2002 | |
| | Reporting Officer Signature | | Date: |