# City of Jackson, Mississippi
## Police Department
### Use of Force Report

| | | |
|---|---|---|
| 2. Officer Name / IBM # (Last, First, Middle) Fox, Anthony/2007 | 3. Partners Name / IBM # (Last, First, Middle) | 1. Case Number: 2019-006336 |
| | | 4. Type of Force Used Soft empty hand technique |
| 5. Division / Precinct Assignment Vice and Narcotics K-9 | 6. Unit Call Sign K9-1 | 7. Precinct / Beat / Zone of Incident Jackson, MS |
| 8. Suspect / Individual's Name George Robinson | 9. Race / Sex B/M | 10. Age 62 |
| 11. Height 5'10 | 12. Weight 230 Lbs | 13. Hair Color / Eye Color Black/Brown |
| 14. JPD ID Number or DOB 8/17/1956 | 15. Social Security Number 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 | 16. Arrested (Yes / No) Yes |
| 17. Home Address / Phone Number 1929 Raymond Road   601 882 8039 | | |
| 18. Second Suspect / Individual's Name | 19. Race / Sex | 20. Age |
| 21. Height | 22. Weight | 23. Hair Color / Eye Color |
| 24. JPD ID Number or DOB | 25. Social Security Number | 26. Arrested (Yes / No) |
| 27. Home Address / Phone Number | | |

**28. Describe in Detail Why and How Force was used. List the Names and Addresses of All Witnesses.**

On January 13, 2019 I Detective Anthony Fox IBM 2007 with the Jackson Police Department's Vice and Narcotics K-9 Unit along with other members of the Jackson Police Department was observing the 1700 block of Jones Street in reference to searching for suspect identified as Marquez Hamilton that was possibly involved with a homicide that occurred earlier that morning on Hill Avenue. We received information that this suspect lived at a green house with a fence around the front of it on the corner of Jones Street and Washington Avenue.

Once we made a right turn onto Jones Avenue from Valley Street I noticed a black female at the drivers side door of a white in color Chevy Impala parked in the street in front of 1729 Jones Avenue. I observed her clutching US Currency inside her right hand as she leaned inside the drivers side window. As she was handing the US Currency to the driver later identified as George Robinson, I pulled behind the vehicle and exited to conduct a field interview due to observing what was possibly a hand to hand transaction. Once I approached the vehicle the female quickly walked away and at that time I made contact with suspect Robinson and noticed a large amount of US Currency scattered throughout his vehicle. Once he noticed me he began reaching towards the middle console area with his right hand.

I gave him loud verbal commands to let me see his hand and he ignored each command. I then advised him to exit the vehicle due to Officer Safety in which he ignored those commands as well and began tucking both hands between the seat as he twisted his body towards to the center console away from me. At that time I unholstered my duty weapon not knowing what he was attempting to retrieve. I attempted to remove the suspect from the vehicle for Officer Safety while continuously giving loud verbal commands to exit. The suspect still refused to comply with commands and jerked away from me again momentarily pulling me into the door frame of the vehicle. With the assistance of Detective Lampley we both were able to remove the suspect from the vehicle and place him on the ground.

I noticed his left hand clutched tight as he still refused to comply with verbal commands to place his hands behind his back. He pulled and jerked away and placed his hands underneath him while tucking his head towards his chest area while on the ground. At that time I regained control of his left hand as Detectives attempted to gain control of his right hand. Detectives were finally able to gain control of the suspect's right hand and place a hand cuff on it. I brought his left hand to the other handcuff and at that time he was arrested.

At that time we stood the suspect up and patted him down for any weapons and noticed minor scratches on the right side of his face that were caused during him resisting on the ground. I immediately contacted AMR and requested them to the scene to check the minor injuries sustained. The suspect advised that he didn't need AMR and that he was fine he just wanted to go home. I advised him that they would still need them to check him. AMR arrived on scene a short time later and treated him for his minor injuries. Suspect Robinson advised medical personnel that he didn't want to be transported to the hospital and that he was fine and refused any further treatment.

Due to the suspect only having misdemeanor charges and the city holding facility not holding misdemeanors, I field released the suspect on the charges of failure to obey and resisting arrest. He was given the court date of June 25, 2019. I spoke with him after he received a copy of the field release and he advised that he was sorry for the incident that had taken place and that he was scared because it was a tab he swallowed while he was on the ground and he didn't want to get caught with it. I again asked did he further need any medical attention and if so I would call AMR back to the scene. He advised he didn't need any medical and that he just wanted to leave that location and he apologized again.

At that time the suspect returned to his vehicle and left the scene. I executed the affidavits at Police Headquarters. No further information at this time.

| | | | |
|---|---|---|---|
| 29. Copies to: Chief / Legal Officer / Division or Precinct | 30. Medical Attention | 31. Typed By: Detective Anthony Fox | 32. Date / Time: 1/13/2019 2027 Hrs |
| Reviewed By: | Reporting Officer Signature | | Date: |

**EXHIBIT G**