EXHIBIT "A"

Tyrone Lewis
P. O. Box 11551
Jackson, MS 39283
(601) 502-5154

# Summary of Witness Statements
## In the matter of Mr George Robinson

Date of incident: January 13, 2019

Estimated time of incident: Sometime between 7:30 pm and 8:00 pm

Location of incident: Curbside of 1729 Jones Ave.

Ronnie (Randle) (Twain) Arnold

Resides at 2942 Angela Circle

Black male 29 years old

Date of birth: August 02, 1989

Contact information: (601) 720-6176

Date of interview: January 20, 2019

Mr Arnold is the proprietor, and landlord of the property located at 1729 Jones Ave. where The victim Mr George Robinson resided as a tenant. Mr Arnold was on site during the Time of the incident as well as a witness to the incident. Mr Arnold also agreed to a voice Recording of his statement which is 40 minutes and seventeen seconds. According to Mr Arnold, he was in the front yard of 1729 Jones Ave. barbecuing when Mr Robinson pulled Up in his vehicle and parked n the street in front of the property of 1729 Jones Ave. Shortly After Mr Robinson parked his vehicle, he was approached by three officers dressed in MBI Uniforms whom were in the area prior to Mr Robinson's arrival. According to Mr Arnold, The officers were traveling in two unmarked Tahoes, and three marked JPD patrol cars. Each officer was dressed in MBI attire, and he stated that SWAT rode thru but didn't stop. Mr Arnold stated that he can identify all of the officers by face, but knows one of them Personally which is Officer Fox. Mr Arnold stated that Mr Robinson was sitting in his car Parked on the side of the street in front of the property where he resided arriving back from

1

A visit at a local store. While sitting in his car, Mr Robinson was approached by three of the Officers. According to Mr Arnold, Officer Fox flashed his light and asked Mr Robinson "What are you doing?" Mr Arnold stated that Officer Fox yelled out to the other officers He got something in his mouth and he's trying to swallow it. The other officer rushed the Car and Officer Fox preceded to snatch Mr Robinson out of his vehicle. Mr Robinson was Then body slammed to the ground by Officer Fox to the ground faced down. Officers Joined in with their knees in Mr Robinson back and began assaulting him. Once the officers Subdued Mr Robinson, the officers stood him up and according to Mr Arnold, Mr Robinson was bleeding profusely from the head. During the altercation between Mr Robinson and the officers, Mr Robinson was trying to explain to the officers why he was Not moving fast enough existing the vehicle was because he was just recently recovering From a stroke. According to Mr Arnold the officers called AMR paramedics to the site Where they patched him up with two galls and tape on the area where Mr Robinson was Bleeding and released him. Mr Arnold asked Officer Fox what was he going to do with Mr Robinson and He stated that Officer Fox replied and said that he was going to filed release Mr Robinson. Mr Arnold stated that Officer Fox made Mr Robinson get back in his Vehicle and leave.

Ray Rowland
Resides at 1618 Jones Ave.
Black male 45 years old
Date of birth: February 19, 1972
Contact information: (601) 225-3768
Date of interview: January 20, 2019
Mr Rowland agreed to submit a voice audio interview.
Mr Rowland was interviewed simultaneously with Mr Arnold, in which his statement is Identical to Mr Arnold with the exception of a time line items. Mr Rowland stated that He and his girlfriends mother's boyfriend were walking back from the corner store and were Detained by two of the officers by physically grabbing them and throwing up against one Of the officers Tahoe and was told by officer not to move. He stated that once the Altercation between the officers and Mr Robinson was over, the officers came back to

2

Them, searched their pockets, and told them that they can go on. The rest of his statement
Coincides with Mr Arnold.

Connie D. Bolton

Resides at 1718 Jones Ave.

Black female 49 years old

Date of birth: January 30, 1970

Date of interview: January 22, 2019

Ms Bolton has agreed to submit to a voice audio recording;

Ms Bolton has a phone video of the incident and stated that stated filming at 8:41 pm.
Ms Bolton stated that she was in her house waiting and wondering what was taking her
Boyfriend (Ray Rowland) and her mother's friend guy so long from coming back from the
Store. She stated that she saw the lights flashing and step outside and leaned on the rail and
Saw that the officers had her boyfriend and her mother's friend guy on the car and she saw
The commotion told Keira to hurry and go get her phone, while Keira was getting her
Phone, she stated that she saw the big guy (officer) came around the car and grabbed Killer
( George Robinson) and slammed on the ground. she then instructed her two nieces to go in
The house. She stated the the other police officers were just stumping him and kept
Stumping him. She described the big officer as resembling Rick Ross with the big beard.

Samuel Rawls

Resides at 1955 Washington Ave. Apt. 2

Black male: 49 years old

Date of birth: October 23, 1969

Date of interview January 22, 2019

Mr Rawls agreed to submit to a voice audio recording

Mr Rawls has no phone number he can be found at his residence

Mr Rawls stated that he was there to witness the incident standing in the yard at the grill
At 1929 Jones Ave. and watching a game. He stated that Mr Robinson pulled up in his car
And was just sitting in his vehicle. Mr Rawls stated that tow or three minutes later he saw a
Caravan (Group of officers) come the street. He stated that the officer started stopping

3

Everybody that were standing out. He stated they (officers) went to Mr Robison car, and Started telling Mr Robinson to get out of the car. Mr Rawls stated that he thought the Mr Robinson wasn't moving quite fast enough for them, so they (officers) snatched the door Open snatched him (Mr Robinson) out of the car, threw him on the ground, they (officers) Did they thing, a couple of them kicked him. Mr Rawls stated the the paramedics came And shine a light on Mr Robinson head, walked back over to the ambulance, walked back Over to Mr Robinson, and put a bandage on his head and turned around and left. Mr Rawls stated that he actually witnessed the officers body slam and kick Mr Robinson. Mr Rawls stated the lead officer was Officer Fox. He stated that Mr Robinson calling Officer Fox by name and Officer Fox responded by saying don't call my name.

Constance Johnson (George Robinson's girl friend)
Resides at 6922 W. Northside Drive Bolton, MS
Black female: 37 years old
Date of birth: March 02, 1981
Interviewed January 29, 2019
Constance cell phone: (601) 454-6000
Constance's mother cell phone: (601) 780-2478
Constance agreed to a audio voice recording
Constance shared a room with Mr George Robinson until the time of the incident at the Mustang Inn located on 2616 Highway 80 West Jackson, MS 39204
The room was registered in Mr George Robinson name at a daily rate. Started residing in Room 108 and was moved to room 110 until the time of the incident. Constance stated That Mr Robinson arrived at the night of January 13, 2019 and was let in after his knock at The door was identified. She stated that once he entered the room he stated that he had Been beaten by the police. Ms Johnson stated she notice that Mr Robinson wasn't acting Right, as though he was having a stroke, he was doing crazy stuff with his hands, foaming From the mouth, and at that point she decided to call the ambulance. She stated that the Ambulance arrived and the paramedics decided to take him to the hospital where he Passed.

4