EXHIBIT "B"

  

OFFICE OF THE STATE MEDICAL EXAMINER

**CASE NUMBER:**     ME19-0058          **DECEDENT**: George  Robinson

**AGE:** 62 yoa                                      **SEX:** Male

**Received from:**              HINDS COUNTY

**Date of Examination:**       January 17, 2019

## REPORT OF POSTMORTEM EXAMINATION

1. Multiple Blunt Head Trauma
   a. Abrasions of right side of the head
   b. Right periorbital soft tissue swelling (hematoma)
   c. Right scalp contusions
   d. Right subdural hematoma
   e. Right frontal lobe contusions
   f. Status post decompressive  right craniotomy (1/14/2019)
2. Hypertensive and Atherosclerotic Cardiovascular Disease

**CAUSE OF DEATH:**     Multiple Blunt Head Injury

**MANNER OF DEATH:**    Homicide

**The facts stated herein are correct to the best of my knowledge and belief.**

_____

Mark LeVaughn, M.D.
Chief Medical Examiner

07/27/2020
_____

Date:

Mississippi State Medical Examiner's Office
215 Allen Stuart Drive
Pearl, MS 39208

CASE NUMBER:    ME19-0058                    DECEDENT:  George  Robinson

A postmortem examination was performed on the body of George Robinson at the Mississippi State Medical Examiner's Office in Pearl, Mississippi on January 17, 2019 by Dr. J. Brent Davis, MD.  Based on case notes, photographs, ancillary reports and investigational information this report was completed by Dr. Mark M. LeVaughn, M.D..

| | |
|---|---|
| **Length:** | 67 inches |
| **Weight:** | 210 pounds |
| **Appearance:** | The body is that of a normally developed adult black male who appears to be the stated age of 62 years old. Clothing on the body consists of a hospital gown. A telemetry band is fixed around the left ankle. |
| **Rigor:** | Full |
| **Livor:** | Posterior |
| **Hair:** | Gray |
| **Eyes:** | Brown |
| **Teeth:** | Dentures |
| **Facial Hair:** | Beard and Mustache |
| **Evidence of Medical Intervention:** | A recent craniotomy incision is on the right side of the head.  A C-collar is on the neck |
| **Clothing:** | |
| **Identified by:** | Coroner |

## EVIDENCE OF INJURY

EXTERMAL:

Three areas of abrasion are present on the right side of the head, lateral right side of the face and forehead. They range in size from 2-5 cm. There is diffuse swelling of the right periorbital soft tissue, greater in the area of the right upper eyelid.

## INTERNAL EXAMINATION

| | | |
|---|---|---|
| **Brain:** | 1,300 grams | On the right side of the head is a recent craniotomy incision closed with surgical staples.  Dissection of the scalp shows diffuse subcutaneous soft tissue hemorrhage of the anterior, lateral and posterior right scalp.  There is a recently closed right craniectomy.  Internal examination of the cranial cavity shows a thin layer of  residual right |

**CASE NUMBER:**   ME19-0058          **DECEDENT**:  George  Robinson

subdural hematoma.  The cerebral hemispheres are symmetric. The cortical surfaces are normally developed. There is diffuse thin layer of right subarachnoid hemorrhage.  Sections of the brain show soft friable right frontal lobe.  There is hemorrhage in the right basal ganglia.  There are no other documented pathologic changes of the brain.  There is no evidence of traumatic skull fractures.

**Neck:**

There are no documented pathologic changes of the soft tissue of the neck.

**Heart:**          490 grams

Dissection of the anterior chest shows no soft tissue injury.  Internal examination of the chest cavity shows the heart and lungs with the usual shape and positions.  The anterior and posterior mediastinum are unremarkable.  The pleural and pericardial cavities are wet with serous fluid. The epicardial and pericardial surfaces of the heart are smooth.  The coronary arteries have the usual distribution and are patent. There is severe (approximately 75%) atherosclerotic narrowing of the left anterior descending branch. There are no other documented pathologic changes of the heart.  There are no identifiable pathologic changes of the posterior ribs.  There are no identifiable pathologic changes of the vertebrae.

**Lungs:**

**Right:**   850 grams
**Left:**   720 grams

The parietal and visceral pleural surfaces are smooth. There are no pleural adhesions or exudate.  There are no other documented pathologic changes of the airways or lungs.

**GI Tract:**

The serosal surfaces of the  intestines show no pathologic changes.  There is no hemorrhage or exudate. There are no documented pathologic changes.

**Liver:**          1,860 grams

**Spleen:**          210 grams

**Kidneys:**

**Right:**   150 grams
**Left:**   130 grams

There are no documented pathologic changes of the visceral organs within the abdominal cavity.  There are no documented pathologic changes of the retroperitoneal space or pelvis.

**CASE NUMBER:**   ME19-0058          **DECEDENT**: George Robinson

**The internal organs (unless otherwise specified) are free of injury and significant natural disease or pathologic change.**

## MICROSCOPIC EXAMINATION:

Sections of the myocardium show hypertensive changes.  There is no hemorrhage or scarring. There are severe microvascular arteriosclerotic changes.  There are severe atherosclerotic changes of the left anterior descending coronary artery.  Sections of the lung, kidney and liver show no hemorrhage, necrosis, scarring or inflammation.  Sections of the cerebral cortex shows areas of cortical hemorrhages, cerebral edema and scattered ischemic neurons.  There are focal subarachnoid acute inflammatory changes.

## SUMMARY AND INTERPRETATION

This 62 year old male identified as George Robinson died as a result of multiple blunt injuries to his head.  This is evidenced by facial abrasions, scalp contusions, brain contusions, subdural hematoma and brain swelling.  These injuries resulted in his death.  In addition there was evidence of hypertensive and atherosclerotic cardiovascular disease.  Toxicology was non-contributory in his death.  Medical records were reviewed.  With the currently available information and postmortem findings, the cause of death is Multiple Blunt Head Trauma and the manner of death is Homicide.